IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 24 2010
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) ) ) ) | CIVIL ACTION NO. 4:10-CV-1414 JMM |
| ) ) ) | COMPLAINT |
| v. ) ) | |
| STONERIDGE HEALTH AND REHAB CENTER, LLC ) ) ) | JURY TRIAL DEMAND |
| ) ) | This case assigned to District Judge Moody and to Magistrate Judge Volpe |
| Defendant. ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of retaliation and to provide appropriate relief to Bertha Okoye who was adversely affected by such practice. As alleged with greater particularity in paragraphs 8a-k below, Plaintiff Equal Employment Opportunity Commission alleges that Defendant Stoneridge Health and Rehab Center, LLC, retaliated against Ms. Okoye by terminating her employment because she complained of what she believed to be race discrimination in the workplace.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title

VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for Eastern District of Arkansas, Western Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C.§ 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant StoneRidge Health & Rehab Center, LLC (the "Defendant Employer"), has continuously been an Arkansas corporation doing business in the State of Arkansas and the City of College Station and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Bertha Okoye filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least May of 2009 and continuing, Defendant Employer engaged in unlawful employment practices at its College Station, Arkansas facility in violation of Section

704(a) of Title VII, 42 U.S.C. §§2000e-3(a). The unlawful employment practices include, but are not limited to, terminating Bertha Okoye in retaliation for complaining of what she believed to be race discrimination.

8. Bertha Okoye was hired as a housekeeping supervisor on or about July of 2008.

    a. Around May of 2009, Ms. Okoye was subjected to what she believed was racially discriminatory conduct by Zahid Abbasi, the facility administrator.

    b. Okoye first complained to Abbasi about his comments regarding the eating of watermelon and chicken by the majority black staff.

    c. Abbasi made the comments no matter what the staff happened to be eating.

    d. Because Abbasi ignored her concerns, Okoye then complained to Marilou Luth, Director of Operations, and Marilyn Files, Nurse Consultant, on or about June 3, 2009.

    e. Okoye told Luth and Files that black employees were being discriminated against and that Abbasi was racist.

    f. Okoye reported Abbasi's comments regarding the eating of chicken and watermelon and indicated she was offended by these comments.

    g. On or about June 4, 2009, Abbasi suspended Ms. Okoye pending an investigation.

    h. Defendant Employer conducted an investigation and interviewed other employees who indicated they were not offended by Abbasi's comments regarding the eating of watermelon and chicken.

    i.  As a result of Defendant Employer's investigation, Defendant Employer determined that Okoye violated its company policy.

    j.  Defendant determined that Okoye had made a malicious and defamatory statement about a supervisor.

    k.  Defendant discharged Okoye effective June 5, 2009 for violating company policy.

  9.  The effect of the practices complained of in Paragraph 8a-k above has been to deprive Bertha Okoye of equal employment opportunities and otherwise adversely affect her status as an employee because of retaliation.

  10.  The effect of the practices complained of in Paragraph 8a-k is to discourage Defendant Employer's employees from complaining about what they believe to be discriminatory conduct.

  11.  The unlawful employment practices complained of in Paragraph 8a-k were and are intentional.

  12.  The unlawful employment practices complained of in Paragraph 8a-k were done with malice or with reckless indifference to the federally protected rights of Bertha Okoye.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

  A.  Grant a permanent injunction enjoining Defendant Employer, its officers, agents, employees, attorneys, and all persons in active concert or participation with it, from engaging in retaliation.

  B.  Order Defendant Employer to institute and carry out policies, practices, and

programs which provide equal employment opportunities for all employees who exercise their federally protected rights and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant Employer to make whole Bertha Okoye by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and all other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, front pay, expungement of personnel records and restoration of all benefits to which Bertha Okoye would have been entitled from the dates of her unlawful discharge to the present.

D.  Order Defendant Employer to make whole Bertha Okoye by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in Paragraph 8a-k above, including job search expenses, replacement benefits' expenses, and out-of-pocket medical expenses, in amounts to be determined at trial.

E.  Order Defendant Employer to make whole Bertha Okoye by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in Paragraph 8a-k above, including emotional pain and suffering, loss of enjoyment of life, humiliation and inconvenience, in amounts to be determined at trial.

F.  Order Defendant Employer to pay Bertha Okoye punitive damages for its malicious and reckless conduct described in Paragraph 8a-k above, in an amount to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.   Award the Commission its costs of this action.

<u>**JURY TRIAL DEMAND**</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

**P. DAVID LOPEZ**
General Counsel

**JAMES L. LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

*Faye A. Williams by PD*
**FAYE A. WILLIAMS**
Regional Attorney
TN Bar No. 011730

*Celia S. Liner by PD*
**CELIA S. LINER**
Acting Supervisory Trial Attorney
AR Bar No. 90183

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Memphis District Office
1407 Union Avenue, Suite 901
Memphis, Tennessee 38104
(901) 544-0088
(901) 544-0075

*[signature]*
**PAMELA B. DIXON**
Senior Trial Attorney
AR #95085

*[signature]*
**MARKEISHA SAVAGE**
Trial Attorney
TN Bar No. 024693

EQUAL EMPLOYMENT
 OPPORTUNITY COMMISSION
Little Rock Area Office
820 Louisiana St., Suite 200
Little Rock, Arkansas  72201
(501) 324-5065
(501) 324-6474

pamela.dixon@eeoc.gov
markeisha.savage@eeoc.gov